IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICREDIT FINANCIAL SERVICES, INC.** doing business as **GM FINANCIAL**, Plaintiff, v. **WHITMOYER CHEVROLET, INC.**, *et al.*, Defendant. | Civil No.: 5:25-cv-01945-JMG |

**ORDER**

**AND NOW**, this 27th day of May, 2025, upon consideration of Univest Bank and Trust Co.'s Unopposed Motion to Intervene (ECF No 19), **IT IS HEREBY ORDERED** that the Unopposed Motion (ECF No. 19) is **GRANTED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge